# EXHIBIT 2

# EXHIBIT 2

## PATENT RIGHTS ASSIGNMENT

For good and valuable consideration, the receipt of which is hereby acknowledged, Barry H. Schwab residing at 5298 Cedarhurst Drive, West Bloomfield, Michigan 48322 ("*Assignor*"), does hereby assign, transfer, and convey unto Hawk Technology Systems, L.L.C., a Florida limited liability company, having an address at 26611 Woodward Avenue, Huntingron Woods, Michigan 48070, ("*Assignee*"), or its designees, all of his rights, title, and interest that exist today and may exist in the future in and to any and all of the following (collectively, the "*Patent Rights*"):

(a) the patent applications and patents listed in the table below (the "*Patents*" or "*Patent*");

| Patent(s) or Application No(s). | Country | Filing Date | Title of Patent(s) |
| --- | --- | --- | --- |
| Provisional Application 60/411,474 | US | 9/17/2002 | High-quality, reduced data rate streaming video production and monitoring system |
| Application 10/664,244 | US | 9/17/2003 | High-Quality, Reduced Data Rate Streaming Video Production and Monitoring System |
| Application 15/614,137 | US | 6/5/2017 | High-Quality, Reduced Data Rate Streaming Video Production and Monitoring System |
| Application 16/681,957 | US | 11/13/2019 | High-Quality, Reduced Data Rate Streaming Video Production and Monitoring System |
| US Patent 10,499,091 | US | 12/03/2019 | High-Quality, Reduced Data Rate Streaming Video Production and Monitoring System |

(b) the causes of action (whether known or unknown or whether currently pending, filed, or otherwise) and other enforcement rights under, or on account of, the Patents, including, without limitation, all causes of action and other enforcement rights for

    (i) past, present, and future damages,
    (ii) injunctive relief, and
    (iii) any other remedies of any kind for past, present, and future infringement; and

(c) the rights to collect royalties and other payments under or on account of the Patent and/or any item in any of the foregoing categories (a) through (b).

Assignment to Hawk Technology Systems, LLC

Assignor represents, warrants and covenants that:

(1) Assignor has the power and authority, and has obtained all third party consents, approvals and/or other authorizations required to enter into the Letter Agreement and to carry out its obligations hereunder, including the assignment of his Patent Rights to Assignee; and

(2) Assignor owns, and by this document assigns to Assignee, his right, title, and interest to the Patent Rights, including, without limitation, the right, title, and interest to sue for infringement of the Patent Rights. Assignor has obtained and properly recorded previously executed assignments for the Patent Rights as necessary to fully perfect its rights and title therein in accordance with governing law and regulations in each respective jurisdiction. The Patent Rights are free and clear of all liens, claims, mortgages, security interests or other encumbrances, and restrictions. There are no actions, suits, investigations, claims or proceedings threatened, pending or in progress relating in any way to the Patent Rights. There are no existing contracts, agreements, options, commitments, proposals, bids, offers, or rights with, to, or in any person to acquire any of the Patent Rights.

Assignor hereby authorizes the respective patent office or governmental agency in each jurisdiction to issue any and all patents, certificates of invention, utility models or other governmental grants or issuances that may be granted upon any of the Patent Rights in the name of Assignee, as the assignee to his entire interest therein.

Assignor will, at the reasonable request of Assignee and without demanding any further consideration therefore, do all things necessary, proper, or advisable, including without limitation, the execution, acknowledgment, and recordation of specific assignments, oaths, declarations, and other documents on a country-by-country basis, to assist Assignee in obtaining, perfecting, sustaining, and/or enforcing the Patent Rights. Such assistance will include providing, and obtaining from the respective inventors, prompt production of pertinent facts and documents, giving of testimony, execution of petitions, oaths, powers of attorney, specifications, declarations or other papers, and other assistance reasonably necessary for filing patent applications, complying with any duty of disclosure, and conducting prosecution, reexamination, reissue, interference or other priority proceedings, opposition proceedings, cancellation proceedings, public use proceedings, infringement or other court actions and the like with respect to the Patent Rights.

The terms and conditions of this Assignment of Patent Rights will inure to the benefit of Assignee, its successors, assigns, and other legal representatives and will be binding upon Assignor, its successors, assigns, and other legal representatives.

Assignment to Hawk Technology Systems, LLC

**ASSIGNOR: Barry H. Schwab**

By: _____

Date: _____April 8, 2020_____


**ASSIGNEE: Hawk Technology Systems, L.L.C.**

By: _____

Name: _____Marc Shulman_____

Title: _____Managing Partner_____

Date: _____April 8, 2020_____