# EXHIBIT 3

# EXHIBIT 3



**DTT SUPPORT**
**866.388.7877**

- Installations

800.933.8388 | **inforequest@dttusa.com**

# System Features

### Video Compression

A choice of Fast MPEG4, Fast MPEG4-ASP, Fast H.264 or H.264 V2 compression for local recording is selectable by camera. A preview of compression as well as video attributes is available in real time from the configuration menu.

### Video Resolution

Video pixel resolution ranging from 320x240 to 640x480 per camera is selectable.

### Individual Camera Adjustment

Brightness, Contrast, Hue and Saturation are all adjustable for each individual camera.

### Multiple Interface Options

Software can be controlled with simple clicks of a mouse, or through a touch screen, on-screen keyboard or an optional wireless remote control.

### Multiple Display Options

Live video can be displayed in single camera for various multi-camera modes, configurable to your needs and can be switched with a single mouse click allowing you to see what you want, when you want.

### Recording Modes

Each camera can be configured to record in a variety of modes to best suit your needs. Motion Detect mode utilizes the built-in motion detection to record video only when motion is present, in conjunction with the Pre-Recoding mode you can rest assured nothing will be missed. Continuous recording mode allows for capture of video 24-7, while it is still possible to log motion events that make reviewing considerably easier.

### Motion Detection

Sensitivity and Areas for "motion ignore" can be set per camera. Multiple mask areas per image are allowed.

### Scheduling

Recording modes, as well as remote access and email alerts, are configurable by camera, and time and day of the week to ensure the best performance.

### Smart Recording

Smart Recording can be selected by camera to maximize recording speed. Smart Recording shares the full recording speed between those cameras actually recording at any one time.

## Audio Recording

The DTT On-Site GX Series provides up to 4 channels (depending on system) of audio recording when equipped with our Audio Capture Device.

## Video Playback

Video clips are sorted and accessed by year/date/time and can be played back while current recording is taking place. Playback can be in single, quad or all camera views as well as a frame by frame thumbnail view allowing easy identification of any incident. Additional features are provided for single frame image enhancement and printing. Single frames can be enhanced for brightness, contrast and sharpness and exported in various graphic formats including JPEG, or printed directly from the software.

## Video Exporting

Individual video clips can be exported in standard AVI format, with time and date stamp and played in Windows Media Player. Backing up a whole block of time is simple with the new integrated backup utility. Not only can you select the timeframe, cameras, logs, etc., but the resulting CD includes a copy of the Video Playback program, allowing the end user to browse through it in the same way as if they were using a DTT On-Site server itself.

## Advanced Playback Features

It is also possible to search the recorded video for motion events in any chosen region of the video.

## Digital Watermarking

Digital Watermarking can be selected, to prove the integrity of recorded videos. This is particularly useful if recordings are to be used as evidence in court.

## Alarm and Email functions

The software can be configured to send alert emails, including time-stamped snapshots, when motion is detected, temperature modules detect highs or lows, backdoors or safes are opened, etc.

## Remote Communication

Watching video streams from one or many locations is supported by the built-in web server, allowing you to remote in from anywhere without any special software required. Web server supports live viewing with 2-way audio, as well as playback and system log auditing. Video can be streamed at 320x240 or 640x480 allowing for better remote video quality.

## System Health Check

DTT's software provides an overview of your surveillance system health so that, in the event that a camera or DVR fails, you will be aware and can notify DTT personnel for immediate assistance.

## System Log

Event logging includes POS transactions, motion events, remote access details, and more. The log can easily be searched to reveal system logins, configuration changes, etc.

## PTZ Camera Support

Most standard models of PTZ cameras can be controlled both locally and remotely.

## POS Interface Option Available

Our monitoring capabilities include the recording of POS operations through the capture of workstation transactions by a POS Interface Unit. The text is overlaid on a video of POS workstation activity captured by a CCTV camera and recorded in a searchable POS activity log. Not only can the software be configured to flag any suspect transactions, but it can also send out an email with text and pictures pertaining to that transaction.

**Back to Top**
Join the DTT Email List

[Submit] [        ]

Expand for Site Map

Minimize Site Map

© DTT 2016 | Privacy Policy

Join the DTT Email List

[        ] [Submit]