# EXHIBIT 4

# EXHIBIT 4



## DTT and Capriotti's Sandwich Shop Sign Master Purchasing Agreement

DTT announced today an agreement signed with Las Vegas-based, fast casual chain, Capriotti's Sandwich Shop, naming DTT as the brand's preferred vendor for loss prevention and video-based managed services.

Las Vegas, NV (PRWEB) February 09, 2016

Los Angeles, CA | DTT announced today an agreement signed with Las Vegas-based, fast casual chain, Capriotti's Sandwich Shop, naming DTT as the brand's preferred vendor for loss prevention and video-based managed services.

The relationship between DTT and Capriotti's began in 2014 when Las Vegas Franchisee, Jeff Klein, signed up 5 locations. "We installed the system in a few of our stores to start and very quickly realized the value," said Jeffrey Klein, President at JSAN Subs. "I've recommended DTT to several other Franchisees because it was a lot easier to manage stores remotely, especially operating several. The team is great to work with and continues to impress us. The specialists identify areas of opportunity in regards to operational efficiencies, employee training, and overall liability."

DTT conducted a pilot with several corporate stores in October 2015 and within 45 days, the decision was made to install the system in all remaining locations.

Vinnie Calcagni, VP of Operations for Capriotti's Sandwich Shop, Inc., said, "DTT has been able to tackle so many pain points at our stores. There are a lot of companies out there selling cameras, but I haven't seen anyone offering a video management solution quite as comprehensive as DTT's. Being able to monitor the shop and make immediate improvements is key to the guest experience and overall operation of our restaurants."

"We are so pleased to be working with a brand like Capriotti's," adds Tom Moran, EVP of Sales and Marketing for DTT. "They've been such a great partner and a brand that quickly identified the many benefits of our solution, which means we're doing our job right! We look forward to working with new Franchisees and continuing to build the partnership."

About DTT
Headquartered in Las Vegas, Nevada, DTT provides digital video surveillance solutions to the hospitality and specialty retail industries. DTT was founded in 1999 by Sam Naficy, leveraging the power of emerging digital technology to support the needs of a broad base of clientele. Since first launched, DTT has equipped, serviced and supported more than 35,000 clients. Every day, software provided by DTT protects trillions of dollars in assets and oversees nearly 2 million employees. Some of the world's most popular and respected restaurant brands use DTT including McDonald's, SUBWAY®, Dairy Queen, Burger King, Dunkin Brands, Taco Bell, KFC, Auntie Anne's, and Potbelly Sandwich Works, to name a few. Please visit http://www.dttusa.com for more information.

About Capriotti's Sandwich Shop
Founded in 1976, Capriotti's Sandwich Shop, is an award-winning sandwich shop that remains true to their 39 year tradition of slow-roasting whole, all natural turkeys in-house every day. Capriotti's fresh ingredients, homemade subs and unique menu items have won numerous accolades including being named one of the "10 Great Places for a Surprising Sandwich" by USA Today and many "Best of" awards across the country. Capriotti's cold, grilled and vegetarian subs, cheese steaks and salads are available at 100 locations in 17 states and federal districts across the U.S. including: Arizona, California, Delaware, Florida, Georgia, Iowa, Maryland, Massachusetts, Nebraska, Nevada, Pennsylvania, Utah, Virginia, Washington, Wisconsin and Washington D.C. Capriotti's signature sub, The Bobbie®, was voted "The Greatest Sandwich in America" by thousands of readers across the country and reported by AOL.com. Capriotti's fans can also download the CAPAddicts Rewards app for iOS and Android, where they can earn and redeem rewards. For more information, visit capriottis.com. Like Capriotti's on Facebook, follow on Twitter or Instagram.

**Contact Information**

**Nadine Malek**
DTT
+1 (800) 933-8388 Ext: 1482

Disclaimer: If you have any questions regarding information in these press releases please contact the company listed in the press release. Please do not contact PRWeb®. We will be unable to assist you with your inquiry.
PRWeb® disclaims any content contained in these releases. Our complete disclaimer appears here.

© Copyright 1997-2013, Vocus PRW Holdings, LLC.
Vocus, PRWeb and Publicity Wire are trademarks or registered trademarks of Vocus, Inc. or Vocus PRW Holdings, LLC.