# EXHIBIT 5

# EXHIBIT 5





**Operator**

Jeff Klein

**Number of Units**

17

**Employees**

200+

**Office Location**

Las Vegas, Nevada



## Operator Background

I've been in the restaurant business for 9 years and was started out as an investor. As we grew, I took on a bigger role handling more of the operations side. I have been a Capriotti's store owner for 4 years.

I never really thought about surveillance/loss prevention until I was introduced to DTiQ through a SUBWAY® deal with one of my partners. So far my experience with DTiQ has been great; I especially recall the smooth sales process and my very helpful account executive. I utilize the system in all 17 of my stores.

## Surveillance as a Deterrent

We are on the cameras a lot, looking at different situations so we can know what's going on in each store at any given moment. I also like that I can monitor from my office, my phone, and anywhere else. Employees know they're being watched, so it's a good deterrent. Of

course we'll still catch them on their phones or slacking off from time to time, but at least now we know and can do something about it. It does keep people honest.

> "It's difficult to say where specific financial returns have come from, but DTiQ has definitely made an impact in various areas."

### Using the System

It's difficult to say where specific financial returns have come from, but DTiQ has definitely made an impact in various areas. The video footage and SmartAudit™ reports in particular have caught a ton of transaction fraud and stealing, including someone walking out the door with the safe. The audits are very good and can be customized as needed; we are always changing the questions to make them better and more applicable to our operation.

DTiQ has been helpful in terms of product and inventory tracking. I'm buying a store next week, and the current staff completes inventory checks about once a month. When inventory isn't tracked carefully enough, the employees are usually getting away with some product theft. At my stores, I typically count about 17 different items of inventory on a daily basis and have a detailed weekly and monthly system as well. After about 6 weeks with DTiQ in a new location, none of the people that were employed to start with are still working there. They can no longer get away with their old tricks and either get caught stealing or quit.

### Audio Integration

We use the audio a lot, both to protect our employees and to take our customer service to the next level. One day, we had a customer call and tell us that the manager made a racial slur toward his wife. He was extremely adamant about it, so I contacted DTiQ support to request the video and audio. There was nothing there! The customer was just looking for a refund and free food.

When I called him back, I said, "Look sir, this is interesting. My security team just sent the video and audio clips —" He immediately interrupted and replied, "What do you mean, audio?" I told him we have cameras with audio integration throughout the store so we can protect our employees and verify any incident claims. I heard a "click" and realized he had hung up. The audio really comes in handy!

### Final Thoughts

DTiQ is something we need to run our business – similar to other services like Internet, cable TV, etcetera. It's a quality system that an operator should really want to have, especially as the technology improves. Overall, DTiQ helps me sleep better at night.

## NAVIGATION

INDUSTRIES
- RESTAURANT
- RETAIL
- C-STORE

SOLUTIONS
- PREVENTIVE SAFETY
- EMPLOYEE ENGAGEMENT
- LOSS PREVENTION
- CUSTOMER EXPERIENCE

PRODUCTS
- COVID-19 SMARTAUDITS™
- OCCUPANCY TRACKING
- INTELLIGENT VIDEO
- ADVANCED ANALYTICS
- CUSTOM SOLUTIONS
- LPI BY DTIQ

PRICING

## OFFICES

HEADQUARTERS - BOSTON
111 Speen Street #550
Framingham, MA 01701

LAS VEGAS
4045 Spencer Street #200
Las Vegas, NV 89119

GLIWICE
ul. Dworcowa 25
44-100 Gliwice, Poland

CONTACT US
Toll Free:
800.933.8388
Support:
866.388.7877

## RECENT PRESS RELEASES

DTiQ Announces New Occupancy Management Solution
June 12, 2020

DTiQ Announces New COVID-19 Video Based SmartAudits™
May 7, 2020

CIOReview Names DTiQ Among the 20 Most Promising Retail Solution Providers of 2020
February 18, 2020

DTiQ and Huddle House

## QUESTIONS? GET IN TOUCH!

**CONTACT US**

RESOURCES

ABOUT US

   COMPANY PROFILE

   EXECUTIVE TEAM

   CAREERS

   NEWS

   EVENTS

   CONTACT US

House Announce Agreement for Managed, Intelligent Video-based Surveillance Solutions January 15, 2020

Privacy Policy

## This site uses cookies:

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. You may disable cookies with your browser settings. Find Out More Here »

Accept

